Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant
JPMorgan Chase Bank, NA*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Keith Buckley,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bank of America, NA, JPMorgan Chase Bank, NA,<br><br>　　　　Defendants. | Case No.　2:22-cv-00896-GMN-NJK<br><br>**THIRD JOINT MOTION AND PROPOSED ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

The response of Defendant JPMorgan Chase Bank, NA ("Chase") to Plaintiff Keith Buckley's Complaint (ECF No. 1) is due on August 2, 2022. Chase has requested, and Plaintiff has agreed, that Chase have up to and including August 16, 2022, to respond to Plaintiff's Complaint to provide time for Chase to continue investigating Plaintiff's allegations and for the parties to explore the possibility of resolving Plaintiff's claims.

[*Continued on following page*]

1  This is the third request for an extension, and it is made in good faith and not for purposes of delay.

Dated: August 2, 2022.

| BALLARD SPAHR LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, NA* | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>5502 South Fort Apache Road, Suite 200<br>Las Vegas, Nevada 89148<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2022

2