1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Keith Buckley,<br><br>        Plaintiff,<br><br>v.<br><br>Bank of America, NA, JPMorgan Chase Bank, NA,<br><br>        Defendants. | Case No.   2:22-cv-00896-GMN-NJK<br><br>**Order Granting Motion to Extend Time for JPMorgan Chase Bank, NA to Respond to Plaintiff's Complaint**<br><br>**(Fourth Request)** |

The response of Defendant JPMorgan Chase Bank, NA ("Chase") to Plaintiff Keith Buckley's Complaint (ECF No. 1) is due on August 16, 2022. Chase has requested, and Plaintiff has agreed, that Chase have up to and including August 30, 2022, to respond to Plaintiff's Complaint to provide time for the parties to continue their settlement discussions and possibly resolve Plaintiff's claims. The parties have made significant progress in their settlement discussions so far.

[continued on following page]

This is the fourth request for an extension, and it is made in good faith and not for purposes of delay.

Dated: August 16, 2022.

| BALLARD SPAHR LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, NA* | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>5502 South Fort Apache Road, Suite 200<br>Las Vegas, Nevada 89148<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2022