Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, NA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Keith Buckley,<br><br>                        Plaintiff,<br><br>v.<br><br>Bank of America, NA, JPMorgan Chase Bank, NA,<br><br>                        Defendants. | Case No.   2:22-cv-00896-GMN-NJK<br><br>**Fifth Joint Motion and ~~Proposed~~ Order to Extend Time for JPMorgan Chase Bank, NA to Respond to Plaintiff's Complaint**<br><br>**(Fifth Request)** |

The response of Defendant JPMorgan Chase Bank, NA ("Chase") to Plaintiff Keith Buckley's Complaint (ECF No. 1) is due on August 30, 2022.  Chase has requested, and Plaintiff has agreed, that Chase have up to and including September 7, 2022, to respond to Plaintiff's Complaint.  The parties have made significant progress in their settlement discussions so far and are close to reaching an agreement in principle.

[continued on following page]

This is the fifth request for an extension, and it is made in good faith and not for purposes of delay.

Dated: August 30, 2022.

| BALLARD SPAHR LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, NA* | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>5502 South Fort Apache Road, Suite 200<br>Las Vegas, Nevada 89148<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2022

2