David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Ft. Apache, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH BUCKLEY, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NA; JPMORGAN CHASE BANK, NA, <br><br> Defendants. | Case No. 2:22-cv-00896-GMN-NJK <br><br> **STIPULATION AND ORDER DISMISSING BANK OF AMERICA, NA WITH PREJUDICE** |

## STIPULATION

Plaintiff Keith Buckley and Bank of America, NA hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41.

…

…

…

…

…

…

…

…

…

Page **1** of **2**

(a)(2).  Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit

Dated: November 15, 2022

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>KRIEGER LAW GROUP, LLC<br>5502 S. Ft. Apache, Suite 200<br>Las Vegas, NV 89148<br>*Attorney for Plaintiff* | By: | Jory C. Garabedian, Esq.<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Jory C. Garabedian, Esq.<br>Nevada Bar No. 10352<br>WRIGHT, FINLAY & ZAK, LLP<br>7785 W Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Defendant* |
|---|---|---|---|

## **ORDER**

**IT IS SO ORDERED.** The Clerk of Court shall close the case.

Dated this   15   day of November, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT